## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| **RICKEY NELSON JONES** | * |
| **Plaintiff,** | * |
| v. | *   Civil Action No.: 15-CV-03336 |
| **ADMINISTRATIVE OFFICE OF THE COURTS, MARYLAND JUDICIARY** | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, Rickey Nelson Jones, through undersigned counsel, pursuant to Fed. R. Civ. Proc. 15(a)(2) and Local Rule 6, moves for leave to amend his Complaint by adding one Defendant. As grounds therefor, he says:

1. To assure all proper defendants are included in this case, Plaintiff amends his Complaint to include the Court of Appeals of Maryland (naming its representative, Chief Judge M.E. Barbera).

2. Because the judicial power of the State of Maryland rests in the Court of Appeals, it is necessary to add this defendant to eliminate any and all uncertainty.

3. Pursuant to Local Rule 6(d), Plaintiff formally sought opposing counsel's consent, and it was not granted.

4. Plaintiff seeks no other amendments at this time nor has sought any prior to this one.[1]

5. Attached as Exhibits and incorporated herein by reference are {i} a copy of Plaintiff's original Complaint and {ii} the Amended Complaint with new material underlined pursuant to Local Rule 6(c).

**WHEREFORE,** Plaintiff respectfully requests that he be granted leave to amend his Complaint as outlined herein.

Respectfully submitted,
  /s/   *Rickey Nelson Jones*
Rickey Nelson Jones
Law Offices of Reverend Rickey
    Nelson Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
410-462-5800
Bar #: 12088

*Attorney for Plaintiff*

---

[1] Plaintiff's Response to Defendants' motion to dismiss (or for summary judgment) will be filed on or before the deadline of 2/9/16, and this amendment is being filed to coincide with the comprehensive response that will be filed.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RICKEY NELSON JONES** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.: 15-CV-336 CCB |
| **ADMINISTRATIVE OFFICE OF THE COURTS, MARYLAND JUDICIARY** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of "Plaintiff's Motion to Amend Complaint,"

it is this __ day of _____, 2016, by the United States District Court for

the District of Maryland,

**ORDERED** that "Plaintiff's Motion to Amend Complaint" be

**GRANTED**.

 _____
 Catherine C. Blake
 Chief Judge
 United States District Court